1  SARJU A. NARAN - BAR# 215410
   san@hogefenton.com
2  JING H. CHERNG - BAR# 265017
   ghc@hogefenton.com
3  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
4  San Jose, California 95113-2396
   Phone: (408) 287-9501
5  Fax:  (408) 287-2583

6  Attorneys for Defendants
   TIMOTHY SUMMERS, TROY BILLEN
7  AND MARK PREININGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE McGRAW COMPANY, a California corporation; WESTERN SERVICE CONTRACT CORPORATION, a California Corporaiton; and PACIFIC SPECIALTY INSURANCE COMPANY, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AEGIS GENERAL INSURANCE AGENCY, INC., a Pennsylvania Corporation, DBA AEGIS SPECIALTY INSURANCE SERVICES and AEGIS POWERSPORTS; TIMOTHY SUMMERS, an individual; TROY BILLEN, an individual; and MARK PREININGER, an individual,,<br><br>Defendants. | No. CV-16-00274 LB<br><br>STIPULATED REQUEST TO CONTINUE CASE DEADLINES |

1  Plaintiffs The Mcgraw Company, Western Service Contract Corporation, and Pacific
2  Specialty Insurance Company on the one hand, and Defendants Aegis General Insurance
3  Agency, Inc. d/b/a/ Aegis Specialty Insurance Services and Aegis Powersports, Timothy
4  Summers, Mark Preininger, and Troy Billen on the other hand, submit the following stipulated
5  request for the Court to continue the initial case management conference and other deadlines
6  set forth in the Court's Order Setting Initial Case Management Conference, Dkt. No. 4.

7  Defendants have filed two pending motions seeking dismissal of some or all of
8  Plaintiffs' complaint, and independent of those motions, Plaintiffs intend to amend the
9  complaint. Plaintiffs intend to file an amended complaint by April 1, 2016, and to the extent
10 the amended complaint does not render Defendants' motions moot, those motions are set
11 for hearing on April 21, 2016, after the initial case management conference currently
12 scheduled on April 14, 2016. Counsel for the parties met and conferred on March 23, 2016
13 and agreed that a continuance of the currently-scheduled case deadlines would allow the
14 Parties to more accurately evaluate case management issues based on the forthcoming
15 amended complaint, and if Defendants continue to pursue their motions following the
16 amendment, a continuance would allow the Parties or Court to address the issues raised in
17 the pending motions. Based on the foregoing, the Parties respectfully request that the
18 Court enter an order continuing the case deadlines as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Last day to:<br>• Meet and confer re: intial disclosures, early settlement, ADR process selection, and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Conference | March 24, 2016 | April 28, 2015 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | April 7, 2016 | April 28, 2015 |
| Initial Case Management Conference | April 14, 2016 | May 5, 2016 |

-1-
STIPULATED REQUEST TO CONTINUE CASE DEADLINES
1854533

The Parties have not made any previous time modifications in this case. The requested time modification would not otherwise affect this case's schedule, as the Court has not yet entered a Scheduling Order.

DATED: March 24, 2016

HOGE, FENTON, JONES & APPEL, INC.

By /s/ Sarju A. Naran
Sarju Naran
Attorneys for Defendants Timothy Summers, Troy Billen, and Mark Preininger

PAUL HASTINGS LLP

By /s/ Bradford K. Newman
Bradford K. Newman
Attorneys for Defendants Aegis General Insurance Agency, Inc., d/b/a Aegis Specialty Insurance Services and Aegis Powersports

HARNETT, SMITH & PAETKAU

By _(signature) (Jay Withee) for_
Tyler A. Paekau
Attorneys for Plaintiffs The McGraw Company, Western Service Contract Corporation, and Pacific Specialty Insurance Company

**Signature Attestation**

Pursuant to General Order 45.X.B., I attest that Bradford K. Newman and Tyler A. Paetkau have concurred in the filing of this document.

DATED: March 24, 2016

HOGE, FENTON, JONES & APPEL, INC.

By /s/ Sarju A. Naran
Sarju Naran