1  SARJU A. NARAN - BAR# 215410
   san@hogefenton.com
2  JING H. CHERNG - BAR# 265017
   ghc@hogefenton.com
3  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
4  San Jose, California 95113-2396
   Phone: (408) 287-9501
5  Fax:  (408) 287-2583

6  Attorneys for Defendants
   TIMOTHY SUMMERS, TROY BILLEN
7  AND MARK PREININGER

8                    UNITED STATES DISTRICT COURT
9
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12                      SAN FRANCISCO DIVISION

13 | THE McGRAW COMPANY, a California      | No. CV-16-00274 LB
   | corporation; WESTERN SERVICE
14 | CONTRACT CORPORATION, a                | [PROPOSED] ORDER GRANTING
   | California Corporaiton; and PACIFIC    | STIPULATED REQUEST TO CONTINUE
15 | SPECIALTY INSURANCE COMPANY,           | CASE DEADLINES
   | a California Corporation,
16 |
   |     Plaintiffs,
17 |
   |  vs.
18 |
   | AEGIS GENERAL INSURANCE
19 | AGENCY, INC., a Pennsylvania
   | Corporation, DBA AEGIS SPECIALTY
20 | INSURANCE SERVICES and AEGIS
   | POWERSPORTS; TIMOTHY
21 | SUMMERS, an individual; TROY
   | BILLEN, an individual; and MARK
22 | PREININGER, an individual,,
23 |     Defendants.

24
25
26
27
28

---
[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE DEADLINES
1854636

The Parties' stipulated request is GRANTED as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Last day to:<br>• Meet and confer re: intial disclosures, early settlement, ADR process selection, and discovery plan<br><br>• File ADR Certification signed by Parties and Counsel<br><br>• File either Stipulation to ADR Process or Notice of Need for ADR Conference | March 24, 2016 | April 28, 2015 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | April 7, 2016 | April 28, 2015 |
| Initial Case Management Conference | April 14, 2016 | May 5, 2016 |

DATED:  3/25/2016

_____
Hon. Laurel Beeler
United States Magistrate Judge

-1-
[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE DEADLINES
1854636