Charles J. Smith, Esq. (SBN 72700)
smith@hslawoffice.com
Tyler M. Paetkau, Esq. (SBN 146305)
tpaetkau@hslawoffice.com
Olga Savage, Esq. (SBN 252009)
osavage@hslawoffice.com
Jay Withee (SBN 275012)
withee@hslawoffice.com
HARTNETT SMITH & PAETKAU
777 Marshall Street
Redwood City, CA 94063
Tel.: (650) 568-2820
Fax: (650) 568-2823

Attorney for Plaintiffs
THE McGRAW COMPANY, WESTERN SERVICE CONTRACT CORPORATION, and PACIFIC SPECIALTY INSURANCE COMPANY

SARJU A. NARAN - BAR# 215410
san@hogefenton.com
JING H. CHERNG - BAR# 265017
ghc@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
Sixty South Market Street, Suite 1400
San Jose, California 95113-2396
Phone: (408) 287-9501
Fax: (408) 287-2583

Attorneys for Defendants
TIMOTHY SUMMERS, TROY BILLEN AND MARK PREININGER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

THE McGRAW COMPANY, a California corporation; WESTERN SERVICE CONTRACT CORPORATION, a California Corporation; and PACIFIC SPECIALTY INSURANCE COMPANY, a California Corporation,

Plaintiffs,

vs.

AEGIS GENERAL INSURANCE AGENCY, INC., a Pennsylvania Corporation, DBA AEGIS SPECIALTY INSURANCE SERVICES and AEGIS POWERSPORTS; TIMOTHY SUMMERS, an individual; TROY BILLEN, an individual; and MARK PREININGER, an individual,,

Defendants.

No. CV-16-00274 LB

STIPULATION TO CONTINUE DEADLINES FOR FILING OPPOSITION AND REPLY MEMORANDA IN CONNECTION WITH DEFENDANTS' PENDING MOTION TO DISMISS (DOCKET #23) AND SPECIAL MOTION TO STRIKE (DOCKET #25)

Plaintiffs The McGraw Company, Western Service Contract Corporation, and Pacific Specialty Insurance Company on the one hand ("Plaintiff"), and Defendants Aegis General Insurance Agency, Inc. d/b/a/ Aegis Specialty Insurance Services and Aegis Powersports, Timothy Summers, Mark Preininger, and Troy Billen on the other hand ("Defendants"), submit the following stipulated request for the Court to continue the deadlines for Plaintiff and Defendants to file their opposition and reply memoranda with respect to Defendants' pending Motion to Dismiss (Docket #23) and pending Motion to Strike (Docket #25).

Defendants' pending motions seek dismissal of some or all of Plaintiffs' complaint. Plaintiffs intend to file an amended complaint by or before April 1, 2016. Defendants' motions are set for hearing on April 21, 2016. Plaintiff's Counsel requested on March 24, 2016 that Defendants agree to extend Plaintiffs' deadline to file an opposition to Defendants' motion to dismiss (Docket #23) (which opposition otherwise would have been due on March 25, 2016).

Counsel agree that a continuance of the currently-scheduled deadlines would allow the Parties to evaluate whether Plaintiff's amended complaint moots or limits the pending motions. Based on the foregoing, the Parties hereby stipulate as follows:

| Motions | Original Opposition Deadline | New Opposition Deadline | Original Reply Deadline | New Reply Deadline |
|---|---|---|---|---|
| Motion to Dismiss (Docket #23) | March 25, 2016 | April 1, 2016 | April 1, 2016 | April 8, 2016 |
| Anti-SLAPP Motion (Docket #25) | March 31, 2016 | April 7, 2016 | April 7,2016 | April 14, 2016 |

The Parties previously, on March 24, 2016, stipulated to modify the Rule 26 and case management schedule based on the same considerations underlying this stipulation.

***[SIGNATURES APPEAR ON FOLLOWING PAGE]***

DATED: March 25, 2016

HOGE, FENTON, JONES & APPEL, INC.

By /s/ Sarju A. Naran
Sarju Naran
Attorneys for Defendants Timothy Summers, Troy Billen, and Mark Preininger

PAUL HASTINGS LLP

By [signature]
Bradford K. Newman
Attorneys for Defendants Aegis General Insurance Agency, Inc., d/b/a Aegis Specialty Insurance Services and Aegis Powersports

HARNETT, SMITH & PAETKAU

By /s/ Jay Withee, for
Tyler M. Paetkau
Attorneys for Plaintiffs The McGraw Company, Western Service Contract Corporation, and Pacific Specialty Insurance Company

**Signature Attestation**

Pursuant to General Order 45.X.B., I attest that Bradford K. Newman and Sarju A. Naran have concurred in the filing of this document.

DATED: March 25, 2016

HARNETT, SMITH & PAETKAU

By /s/ Tyler M. Paetkau
Tyler M. Paetkau