1  BRADFORD K. NEWMAN (SB# 178902)
   bradfordnewman@paulhastings.com
2  PETER C. MEIER (SB# 179019)
   petermeier@paulhastings.com
3  SOPHIE J. SUNG (SB# 279056)
   sophiesung@paulhastings.com
4  PAUL HASTINGS LLP
   1117 S. California Avenue
5  Palo Alto, CA  94304-1106
   Telephone:  1(650) 320-1800
6  Facsimile:  1(650) 320-1900

7  Attorneys for Defendants
   AEGIS GENERAL INSURANCE AGENCY, INC., d/b/a
8  AEGIS SPECIALTY INSURANCE SERVICES and
   AEGIS POWERSPORTS

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  THE MCGRAW COMPANY, WESTERN          CASE NO. CV-16-00274 LB
    SERVICE CONTRACT CORPORATION,
14  AND PACIFIC SPECIALTY INSURANCE      **STIPULATED REQUEST TO CONTINUE**
    COMPANY,                             **CASE DEADLINES** :  ORDER
15
                Plaintiffs,
16
         vs.
17
    AEGIS GENERAL INSURANCE AGENCY,
18  INC., DBA AEGIS SPECIALTY
    INSURANCE SERVICES AND AEGIS
19  POWERSPORTS; TIMOTHY SUMMERS;
    TROY BILLEN; AND MARK
20  PREININGER,

21              Defendants.

22

23

24

25

26

27

28

1   Plaintiffs The McGraw Company, Western Service Contract Corporation, and Pacific

2   Specialty Insurance Company on the one hand, and Defendants Aegis General Insurance Agency,

3   Inc. d/b/a Aegis Specialty Insurance Services and Aegis Powersports, Timothy Summers, Mark

4   Preininger, and Troy Billen on the other hand, submit the following stipulated request for the

5   Court to continue the deadlines for filing the ADR Certification and to propound initial

6   disclosures consistent with the Court's May 10, 2016 order (Dkt. No. 40) which continues the

7   Case Management Conference to June 16, 2016.

8   Plaintiffs filed an amended complaint on April 1, 2016.  On April 18, 2016, Defendants

9   moved to dismiss the amended complaint.  A hearing for the motion to dismiss is currently

10  scheduled for May 26, 2016.  Counsel for the parties met and conferred on May 9 and May 10,

11  2016, and agreed to continue the initial disclosures and ADR certification to June 9, the same day

12  that the case management statement is now due.  All other dates provided for in the Court's May

13  10, 2016 Order remain the same.  Since the case is not yet at issue, moving these deadlines would

14  serve to conserve the parties' and the Court's resources.  Based on the foregoing, the Parties

15  respectfully request that the Court enter an order continuing the case deadlines as follows:

16

| Event | Current Date | Requested Date |
|---|---|---|
| Last day to File ADR Certification signed by Parties and Counsel | May 19, 2016 | June 9, 2016 |
| Last day to File either Stipulation to ADR Process or Notice of Need for ADR Conference | | |
| Last day to complete Initial Disclosures | May 19, 2016 | June 9, 2016 |

23  The requested time modification would not otherwise affect this case's schedule, as the

24  Court has not yet entered a Scheduling Order.

25  / / /

26  / / /

27  / / /

28  / / /

1    DATED:  May 12, 2016                    BRADFORD K. NEWMAN
                                             PETER C. MEIER
2                                            SOPHIE J. SUNG
                                             PAUL HASTINGS LLP
3

4

5                                            By:          /s/ Bradford K. Newman
                                                          BRADFORD K. NEWMAN

6                                            Attorneys for Defendants
                                             AEGIS GENERAL INSURANCE AGENCY, INC., d/b/a
7                                            AEGIS SPECIALTY INSURANCE SERVICES and
                                             AEGIS POWERSPORTS
8

9

10                                           SARJU A. NARAN
                                             HOGE, FENTON, JONES & APPEL, INC.
11

12

13                                           By:          /s/ Sarju A. Naran
                                                          SARJU A. NARAN

14                                           Attorneys for Defendants
                                             TIMOTHY SUMMERS, TROY BILLEN AND MARK
15                                           PREININGER

16

17

18                                           TYLER M. PAETKAU
                                             HARNETT, SMITH & PAETKAU
19

20                                           By:          /s/ Tyler M. Paetkau
                                                          TYLER M. PAETKAU
21

22                                           Attorneys for Plaintiffs
                                             THE MCGRAW COMPANY, WESTERN SERVICE
23                                           CONTRACT CORPORATION, AND PACIFIC
                                             SPECIALTY INSURANCE COMPANY
24

25

26

27

28

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3    DATED: May 13, 2016

4                                        By: _____

5                                             Honorable Laurel Beeler
                                             United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28