UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| THE MCGRAW COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AEGIS GENERAL INSURANCE AGENCY, INC., et al., <br><br> Defendants. | Case No. 16-cv-00274-LB <br><br><br> ORDER OF CONDITIONAL DISMISSAL |

Given the parties' settlement of their case and their representation that they have signed the settlement agreement and will file a stipulated dismissal by November 15, 2016, the court orders that the case be dismissed without prejudice. This vacates all dates. If any party certifies to the court within **90** days (with proof of service on opposing counsel) that the agreed consideration has not been delivered, then this order will stand vacated, and this case will be restored to the calendar to be set for trial. If no certification is filed, then after 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: October 26, 2016

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 16-cv-00274-LB)